# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA STEVENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.  CIV-13-1346-R |
| GOODMAN NETWORKS INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff Angela Stevens ("Plaintiff") and Defendant Goodman Networks Incorporated by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being re-filed.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims.

Date:  January 5, 2015

1

Respectfully submitted,

/s/Brice W. Bisel
Brice W. Bisel, OBA #30986
Raymond E. Tompkins, OBA #9058
MAZAHERI LAW FIRM, P.L.L.C.
3445 W. Memorial Rd., Ste. H
Oklahoma City, OK 73134
(405)607-4357 – telephone
(405)607-4358 – facsimile
brice@mazaherilaw.com
ray@mazaherilaw.com
*ATTORNEYS FOR PLAINTIFF ANGELA STEVENS*

**AND**

\* Document e-filed by plaintiff's counsel with permission of defendant's counsel

/s/Michael Tiliakos

Adam W. Childers, OBA# 18673
CROWE & DUNLEVY
20 North Broadway, Suite 1800
Oklahoma City, OK 73102
Email: adam.childers@crowedunlevy.com
Tel:   (405) 235-7700
Fax:   (405) 239-6651

Michael Tiliakos (*Admitted Pro Hac Vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Telephone:  212.692-1045
Facsimile:  212.202.6231
Email:  mtiliakos@duanemorris.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 5th day of January, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael Tiliakos
Christina J. Flether
Lisa Chung Hird
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086

Adam W. Childers
CROWE & DUNLEVY
324 North Robinson
Suite 100
Oklahoma City, OK 73102

*Attorneys for Defendant*

                                                                    */s/Brice W. Bisel*
                                                                     Brice W. Bisel